■ In the Matter of JIST REST., INC., Petitioner, v. NEW YORK STATE LIQUOR AUTHORITY, Respondent.— In a proceeding pursuant to CPLR article 78, motion by petitioner to stay respondent *inter alia* from interfering with the operation of petitioner's restaurant liquor business, pending determination of the proceeding. Motion dismissed as academic, in view of the determination of the proceeding herewith. Christ, Acting P. J., Brennan, Rabin, Benjamin and Munder, JJ., concur.